# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

WAYNE ANTHONY CIMINO, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0687

_____

August 21, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Nicole Rochelle Smith, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.